RALPH JACKSON, JR., *ETC.*, *ET ALS.*, PLAINTIFFS-PETITIONERS, CROSS-RESPONDENTS, v. THOMAS HANKINSON, *ET AL.*, DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS.

See same case below: 94 *N. J. Super.* 505.

*Mr. Thomas F. Shebell* and *Mr. Thomas F. Shebell, Jr.* for the petitioners, cross-respondents.

*Messrs. Oppenheim & Oppenheim* and *Mr. Albert E. Fershing* for the respondents, cross-petitioners.

September 19, 1967. Granted.

WILLIE THOMPSON, JR., PETITIONER-RESPONDENT, v. HOME RUBBER COMPANY, RESPONDENT-PETITIONER.

*Messrs. Meredith, Meredith & Demski* for the petitioner.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the respondents.

September 19, 1967. Denied.

MICHAEL R. PERRELLA, PLAINTIFF-RESPONDENT, v. BOARD OF EDUCATION OF THE CITY OF JERSEY CITY, DEFENDANT-PETITIONER.

*Mr. William A. Massa* for the petitioner.

*Messrs. Wolf, Baumann & Burstein* for the respondent.

September 19, 1967. Granted.